**IN THE UNITED STATES DISTRICT COURT FOR THE**
**SOUTHERN DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | |
|---|---|
| **NEDOLANDEZ SANTOS, # 140896,** | : |
| **Plaintiff,** | : |
| **vs.** | :  **CIVIL ACTION 11-0059-CG-M** |
| **ALABAMA DEPARTMENT** | : |
| **OF CORRECTIONS, <u>et</u> <u>al</u>.** | |
| | : |
| **Defendants.** | |

### <u>ORDER</u>

After due and proper consideration of all portions of this file deemed relevant to the
issues raised, and a <u>de</u> <u>novo</u> determination of those portions of the Report and Recommendation
to which objection is made, the Report and Recommendation of the Magistrate Judge made
under 28 U.S.C. § 636(b)(1)(B) is ADOPTED as the opinion of this Court.  It is further
ORDERED that this action be and is hereby **DISMISSED** without prejudice pursuant to 28
U.S.C. § 1915(g).

**DONE** and **ORDERED** this 15th day of April, 2011.

/s/  Callie V. S. Granade
UNITED STATES DISTRICT JUDGE