IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **NEDOLANDEZ SANTOS, # 140896,** : | |
| Plaintiff, : | |
| vs. : | CIVIL ACTION 11-0059-CG-M |
| **ALABAMA DEPARTMENT** : | |
| **OF CORRECTIONS, et al.** | |
| : | |
| Defendants. | |

# JUDGMENT

It is **ORDERED, ADJUDGED**, and **DECREED** that this action be and is hereby **DISMISSED** without prejudice pursuant to 28 U.S.C. § 1915(g).

**DONE** and **ORDERED** this 15th day of April, 2011.

/s/ Callie V. S. Granade
UNITED STATES DISTRICT JUDGE